IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 3 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01913-PAB-BNB

ANTHONY MICHAEL,

      Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

      Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendant. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall

be advanced by the United States.

DATED October 6, 2010.

                    BY THE COURT:

                    s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01913-PAB-BNB

Anthony Michael
19553 E. 42nd Ave
Denver, CO 80249

US Marshal Service
Service Clerk
Service forms for: Federal Express Corporation

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Federal Express Corporation: AMENDED TITLE VII COMPLAINT FILED 09/23/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/13/10.

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk