IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01913-PAB-BNB

ANTHONY MICHAEL,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

_____

## ORDER
_____

      I am informed that this case has been resolved.  Accordingly,

      IT IS ORDERED that on or before May 3, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated April 12, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge